

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2019

No. 04-19-00069-CV

**IN RE ESTATE OF JOHN WILLIAM MUELLER, DECEASED**,

From the County Court, Atascosa County, Texas
Trial Court No. 7702
Honorable Susan D. Reed, Judge Presiding

## O R D E R

The trial court's judgment was signed on December 10, 2018 and appellant timely filed a notice of appeal. The clerk's record and reporter's record were due to be filed in this court on February 8, 2019. *See* TEX. R. APP. P. 35.1. The clerk's record was timely filed, but the reporter's record was not. On February 19, 2019, the clerk of this court issued a letter notifying the court reporter that the reporter's record was late. *See* TEX. R. APP. P. 37.3(a)(1). The court reporter responded by filing a notification of late record stating that appellant has failed to request the reporter's record and pay, or make arrangements to pay, the fee for preparing the reporter's record and that appellant is not entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(b).

Accordingly, it is ORDERED that appellant provide written proof to this court *within ten (10) days* of the date of this order that **either** (1) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6(b)(1) and the court reporter's fee has been paid or arrangements have been made to pay the fee; **or** (2) appellant is entitled to appeal without paying the court reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due *within thirty (30) days* from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court